## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In the Matter of<br><br>CERTAIN THERMOPLASTIC-ENCAPSULATED ELECTRIC MOTORS, COMPONENTS THEREOF, AND PRODUCTS AND VEHICLES CONTAINING SAME II | Misc. Action No. 17-mc-<br><br>**(On Application from International Trade Commission Investigation No. 337-TA-1073)** |

### APPLICATION FOR THE ISSUANCE OF A DEPOSITION ORDER UPON RECOMMENDATION FROM THE INTERNATIONAL TRADE COMMISSION

Applicant Intellectual Ventures II LLC ("IV"), Complainant in the above-captioned International Trade Commission Investigation, hereby applies for the issuance of an order authorizing depositions in Osaka, Japan of employees and designees of Respondent Nidec Corporation ("Nidec").

IV attaches hereto, as Exhibit A, a Recommendation to the United States District Court for the District of Massachusetts to Issue an Order/Commission Authorizing Depositions in Japan (the "Recommendation"), which was issued on December 26, 2017 by Administrative Law Judge Thomas B. Pender and Secretary of the International Trade Commission Lisa R. Barton in Investigation No. 337-TA-1073. The Recommendation requests that this Court grant IV's application for an order authorizing depositions of employees and designees of Nidec at the Consulate General of the United States of America in Osaka, Japan.

Pursuant to Exhibit A, IV respectfully requests that this Court issue an Order substantially in the form of the Proposed Order attached hereto as Exhibit B authorizing the

depositions specified therein to be taken in Osaka, Japan.[1]

Date: December 27, 2017                                Respectfully submitted,


                                                       /s/ Nicholas W. Armington
                                                       Nicholas W. Armington (BBO No. 687843)
                                                       NWArmington@mintz.com
                                                       MINTZ, LEVIN, COHN, FERRIS,
                                                       GLOVSKY AND POPEO PC
                                                       One Financial Center
                                                       Boston, MA 02111
                                                       Phone: (617) 348-4451
                                                       Fax: (617) 542-2241


                                                       *Counsel for Intellectual Ventures II LLC*


## CERTIFICATE OF SERVICE

   I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on December 27, 2017.


Date: December 27, 2017                                /s/ Nicholas W. Armington
                                                       Nicholas W. Armington (BBO No. 687843)

---

[1] Exhibit B, attached hereto, is identical to the "Order/Commission described in Exhibit 1 to the pending motion" referred to in the last sentence of the Recommendation with the exception that the list of court reporter/videographers included therein has been updated.